162 So.2d 575

**Ruth A. PITRE, Olga Pitre Vegas and Thelma Pitre Gray**

**v.**

**Irion J. BORDELON, Sr.**

No. 47199,

April 17, 1964.

In re: Irion J. Bordelon, Sr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 160 So.2d 844.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.